(COB ntc_crt_clsbknd, #208) (12/15)

# United States Bankruptcy Court
District of Colorado

In re:  Nancie-Jean Marie Perea                                    Case No.  **25-14485-TBM**
      Debtor(s)

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

     All creditors and parties in interest are notified that the above-captioned case has been closed without entry of discharge as Debtor(s) Nancie-Jean Marie Perea did not file a ***certificate*** evidencing completion of an instructional course concerning personal financial management. This course is ***in addition to*** the credit counseling course that must be completed prior to filing for bankruptcy relief.

     If the case is closed for failure to file the Personal Financial Management Course Certificate (also called the Debtor Education Certificate), ***the case cannot be reopened without full payment of the reopening fee.*** If the debtor(s) want a discharge, they must first ask the Court to reopen the case by filing a Motion to Reopen accompanied by the payment of the ***$260*** filing fee. After the case is reopened, the debtor(s) must file the personal financial management course certificate to receive a discharge. If the debtor(s) fail(s) to file the certificate within 30 days after the case is reopened, the case will again be closed without the entry of a discharge.

***Dated:***  12/9/25

KENNETH S. GARDNER, Clerk

United States Bankruptcy Court
U.S. Custom House
721 Nineteenth Street
Denver, CO 80202-2508